**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 25, 2025.**



_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL J. HATALA & | § | |
| KRISTAN HATALA, | § | CASE NO. 25-51909-MMP |
| | § | |
| DEBTORS. | § | CHAPTER 13 |

### ORDER TO APPEAR AND SHOW CAUSE

The Court considered the docket sheet in the above-captioned case and determined the above-captioned Debtors previously filed the following cases, either jointly or individually:

| Prior Case No. | District | Date Filed | Chapter | Disposition | Date of Disposition |
|---|---|---|---|---|---|
| 25-50841-cag | W.D. Tex. | 04/23/2025 | 7 | Discharged | 07/31/2025 |
| 09-28238-jtm | Utah | 08/06/2009 | 7 | Discharged | 11/17/2009 |

Because of the filing of several cases, it will be necessary for the Court to conduct a show-cause hearing to determine whether Case No. 25-51909-mmp should be dismissed. It is, therefore,

**ORDERED** that the above-captioned Debtor and/or Debtor's attorney appear before this

Court on **MONDAY, SEPTEMBER 4, 2025, AT 1:00 P.M.** in the United States Bankruptcy Court for the Western District of Texas, Courtroom Number One, Third Floor, Hipolito F. Garcia Federal Building and United States Courthouse, 615 East Houston Street, San Antonio, Texas, and show cause as to why Case No. 25-51909-mmp should not be dismissed.

# # #